IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                  CASE NO. 09-33493-DHW
                                                                                  CHAPTER 13

WILLIAM O. WHEELER
      Debtor(s).

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on December 22, 2009.

2. The debtor(s) §341 Meeting of Creditors was held on February 4, 2010.

3. The confirmation hearing is scheduled for March 8, 2010.

4. The debtor(s) plan does not meet the disposable income test.

5. According to the debtor(s) B22C and pursuant to §1325(b)(1) and (b)(2), the Trustee has calculated the debtor(s) disposable income as follows:

| | |
|---|---:|
| CMI | $2,725.00 |
| less Schedule I deductions | $167.51 |
| less Schedule J expenses | $1,626.00 |
| less SMP payments (not priority) | $190.00 |
| Net disposable income | $741.49 |
| Below median x36 | $26,693.64 |
| less priority DSO | $0.00 |
| less priority State Taxes | $0.00 |
| less priority Federal Taxes | $4,534.26 |
| Amt to Unsecureds | **$22,159.38** |

6. To meet the disposable income test as set out in §1325, the debtor(s) plan should pay a "pot" of $22,150.00 to unsecured creditors

WHEREFORE, the above premises considered, the Trustee objects to confirmation of the debtor(s) plan as it fails to meet the net disposable income test pursuant to 11 U.S.C. §1325(b)(1)(B) and (b)(2).

Respectfully submitted on March 1, 2010.

        Curtis C. Reding
        Standing Chapter 13 Trustee

By:   /s/ Tina J. Hayes
       Tina J. Hayes
       Staff Attorney (HAY09)

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, March 1, 2010.

        /s/ Tina J. Hayes
        Tina J. Hayes

William O. Wheeler
487 Pecan Tree Drive
Montgomery, AL 36109

Hon. Vonda S. McLeod (*via electronic filing*)